732

SIRF TECHNOLOGY, INC., Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

Broadcom Corporation and Global
Locate, Inc., Intervenors.

No. 2009–1017.

United States Court of Appeals,
Federal Circuit.

March 25, 2009.

William F. Lee, Wilmer Cutler Pickering Hale, Boston, MA, James L. Quarles III, Joseph R. Baldwin, Wilmer Cutler Pickering Hale, Washington, DC, James M. Dowd, Wilmer Cutler Pickering Hale, Los Angeles, CA, Mark D. Selwyn, Wilmer Cutler Pickering Hale, Palo Alto, CA, for Intervenors.

Megan M. Valentine, Andrea C. Casson, James M. Lyons, U.S. International Trade Commission, Washington, DC, for Appellee.

Gregory A. Castanias, Jones Day, Frederick David Foster, James Bruce Altman, Miller & Chevalier, Chartered, Washington, DC, Alan H. MacPherson, Edward C. Kwok, Steven M. Levitan, Jennifer M. Lantz, MacPherson Kwok Chen & Heid LLP, San Jose, CA, Todd R. Geremia, Jones Day, New York, NY, for Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

ADVANCED MAGNETIC CLOSURES,
INC., Plaintiff,

and

David Jaroslawicz and Jaroslawicz
& Jaros, LLC, Movants,

and

Abelman, Frayne & Schwab,
Movant–Appellant,

v.

ROME FASTENER CORPORATION, Rome Fastener Sales Corporation, Romag Fasteners, Inc., and Rings Wire, Inc., Defendants–Appellees.

Advanced Magnetic Closures,
Inc., Plaintiff–Appellant,

and

David Jaroslawicz and Jaroslawicz &
Jaros, LLC, Movants–Appellants,

and

Abelman, Frayne & Schwab, Movant,

v.

Rome Fastener Corporation, Rome Fastener Sales Corporation, Romag Fasteners, Inc., and Rings Wire, Inc., Defendants–Appellees.

Nos. 2009–1101, 2009–1102, 2009–1118.

United States Court of Appeals,
Federal Circuit.

March 25, 2009.

ON MOTION

*ORDER*

Upon consideration of Abelman, Frayne & Schwab's motion to withdraw their appeal,

IT IS ORDERED THAT:

(1) The motion is granted and appeal 2009–1101 is dismissed.

(2) The revised official captions are reflected above.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, Alan Burch, U.S. Attorneys Office, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

George E. KERSEY, Plaintiff–Appellant,

v.

COMMISSIONER OF PATENTS AND TRADEMARKS, Defendant–Appellee.

Nos. 2009–1115, 2009–1246.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

George E. Kersey, Framingham, MA, pro se.

Kenneth DEAN, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2009–3082.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

Kenneth Dean, College Park, GA, pro se.

Michelle A. Windmueller, U.S. Postal Service, Washington, DC, for Respondent.